**AKERMAN LLP**
CAROLINE H. MANKEY (SBN 187302)
caroline.mankey@akerman.com
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Plaintiff
SURGE MARKETING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURGE MARKETING, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ASA BRANDS LLC, a Texas limited liability company; SHAREZ PRASLA, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:21-cv-00545-EMC<br><br>Assigned to Hon. Edward M. Chen<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

WHEREAS, on or before August 2, 2021, Plaintiff Surge Marketing, LLC ("Surge"), and defendants ASA Brands LLC and Sharez Prasla (collectively, "ASA Brands") reached agreement and executed a confidential written settlement agreement resolving all of the claims asserted in this action;

Surge and ASA Brands, through their counsel of record, hereby stipulate and agree as follows:

A.     All of the claims asserted or that could have been asserted in this action shall be and are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

B.   The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

SO STIPULATED.

DATED: August 12, 2021                      AKERMAN LLP

By: /s/ Caroline H. Mankey*
    Caroline H. Mankey
    Attorneys for Plaintiff
    SURGE MARKETING, INC.

DATED: August 12, 2021                      EDMONDS & SCHLATHER, PLLC

By: /s/ John J. Edmonds
    John J. Edmonds
    Attorneys for Defendants
    ASA BRANDS, LLC and SHAREZ PRASLA

\* Pursuant to Local Rule 5-1(i)(3), Caroline H. Mankey hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA